UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS R. FLAMBOE,

      Plaintiff,                      Case No. 1:14-cv-1235

v.                                    HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This was a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt 18). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 11, 2016, recommending that this Court grant in part and deny in part the motion, and a judgment be entered in Plaintiff's favor in the amount of $3,070.00. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 23) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt 18) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: January 29, 2016                    /s/Janet T. Neff
                                                JANET T. NEFF
                                                United States District Judge